IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR315** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROBERT PAYNE ANDERSON, III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to amend his sentence (Filing No. 75).

IT IS ORDERED:

1. The Defendant's motion to amend his sentence (Filing No. 75) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 30th day of March, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge