IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:04CR315 |
| vs. ) | |
| ) | ORDER |
| ROBERT PAYNE ANDERSON, III, ) | |
| Defendant. ) | |

Defendant Robert Payne Anderson, III appeared before the court on Friday, November 2, 2012 on a Petition for Offender Under Supervision [79]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams on behalf of Jeffrey L. Thomas, and the United States was represented by Assistant U.S. Attorney Christopher L. Ferretti on behalf of Michael D. Wellman. Through his counsel, the defendant waived his right to a probable cause hearing on the Petition for Offender Under Supervision [79] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is not a danger to the community, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 20, 2012 at 10:30 a.m.** Defendant must be present in person.

2. The defendant, Robert Payne Anderson, III, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 2nd day of November, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge